```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
    UNITED STATES OF AMERICA              :
                                          :          15-CR-537 (VEC)
            -against-                     :
                                          :              ORDER
    JOHN HUGHES,                          :
                                          :
                            Defendant.    :
------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/10/2020

VALERIE CAPRONI, United States District Judge:

WHEREAS on June 25, 2020, Defendant filed a § 2255 petition to vacate his § 924(c) conviction in light of *United State v. Davis* (Dkt. 1506);

WHEREAS on July 24, 2020, the Government indicated that it did not intend to oppose Defendant's petition (Dkt. 1523);

IT IS HEREBY ORDERED:

1. Defendant's conviction is VACATED.

2. Defendant's § 2255 petition is DISMISSED as moot.

The Clerk of Court is respectfully directed to close the open motion at docket entry 1506 in 15-cr-537 and close the corresponding civil case (20-CV-4967).

**SO ORDERED.**

Date: December 10, 2020
New York, NY

_____
**VALERIE CAPRONI
United States District Judge**